UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CASSANDRA PERALES | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CASE NO. 6:24-cv-15 |
| | § | |
| HD DEVELOPMENT OF MARYLAND, INC. | § | |
| and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| *Defendants* | § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, HD Development of Maryland, Inc. ("HD Development") and Home Depot U.S.A., Inc. ("Home Depot"), who file this their Notice of Removal, on the basis of diversity jurisdiction, and would show the Court as follows:

1. HD Development and Home Depot are the Defendants in a civil action pending in Victoria County, Texas entitled *Cassandra Perales v. HD Development of Maryland, Inc. and Home Depot U.S.A., Inc.*, Cause No. 24-04-90980 (hereinafter referred to as the "State Court Action"). An Index of Documents Filed with the Notice of Removal is attached hereto as Exhibit "A," and true and correct copies of all process and pleadings served upon Home Depot in the State Court Action are attached hereto as Exhibit "B," as required by 28 U.S.C. §1446 (a).

2. The State Court Action was filed on April 11, 2024. Home Depot was served with Plaintiff's Original Petition on April 15, 2024.

3. The Plaintiff's Original Petition states that she is seeking monetary relief over $250,000, but not more than $1,000,000.

4. Plaintiff Cassandra Perales is and was at the time of filing suit a citizen of the State of Texas.

5. HD Development is a corporation incorporated under the laws of the State of Maryland with its principal place of business in Atlanta, Georgia. HD Development is and was, therefore, a citizen of the State of Maryland and Georgia.

6. Home Depot U.S.A., Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. Home Depot is and was, therefore, a citizen of the State of Delaware and Georgia.

7. Considering all of the above, this is a civil action within the original jurisdiction of this Court under the provisions of 28 U.S.C. § 1332 and is thus removable to this Court pursuant to the provisions of 28 U.S.C. §1441 because the parties are diverse in citizenship and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8. This removal is timely under 28 U.S.C. §1446 (b)(1), which requires that a notice of removal be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

9. Under 28 U.S.C. § 1446 (a), venue of the removed action is proper in this Court as it is the district embracing the place where the State Court Action is pending.

10. Pursuant to 28 U.S.C. § 1446 (d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Clerk of Victoria County, Texas, where the action was previously pending.

11. **<u>Jury Demand</u>** - HD Development and Home Depot hereby request trial by jury on all issues and claims.

WHEREFORE, Defendants HD Development of Maryland, Inc. and Home Depot U.S.A., Inc. hereby remove the case styled *Cassandra Perales v. HD Development of Maryland, Inc. and Home Depot U.S.A., Inc.*, Cause No. 24-04-90980, and respectfully request that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court.

Respectfully Submitted:

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Troy D. Helling*
**TROY D. HELLING**
State Bar No. 24007340
thelling@grsm.com
**AMY C. WELBORN**
State Bar No. 24012853
awelborn@grsm.com
**TAYLOR R. YETTER**
State Bar No. 24102672
tyetter@grsm.com
**SALINA TARIQ**
State Bar No. 24086470
stariq@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053

**ATTORNEYS FOR DEFENDANTS, HD DEVELOPMENT OF MARYLAND, INC. AND HOME DEPOT U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served via electronic service to all counsel of record in accordance with the Federal Rules of Civil Procedure, on May 15, 2024.

Attorney for Plaintiff:
Joshua A. Estes, Esq.
THE ESTES LAW FIRM, P.C.
716 S. Union Street
Richmond, Texas 77469
Email: JoshuaEstes@estespc.net

                                               */s/ Troy D. Helling*
                                               **TROY D. HELLING**