United States District Court
Southern District of Texas
**ENTERED**
October 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CASSANDRA PERALES, | § § § | |
| Plaintiff, | § | |
| V. | § § | CIVIL ACTION NO. 6:24-CV-00015 |
| HOME DEPOT U.S.A., INC., | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 20); Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 21st, 2025